IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 04-1791 T
(JUDGE BRADEN)

BLUE CROSS & BLUE SHIELD OF WYOMING,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

STIPULATION FOR DISMISSAL WITH PREJUDICE

---

It is hereby stipulated and agreed that the above-entitled case be dismissed with prejudice and that each party bear its own costs, including any possible attorneys' fees or other expenses of litigation.

/s/ Frederick H. Robinson
FREDERICK H. ROBINSON
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 626-5800
FAX: (202) 628-0858
*frobinson@milchev.com*
Attorney for Plaintiff

/s/ Karen Servidea
KAREN SERVIDEA
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Tel: (202) 616-3423
TAX: (202) 514-9440
*karen.e.servidea@usdoj.gov*

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
W.C. RAPP
Senior Trial Attorney

/s/ W.C. Rapp
Of Counsel